## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amber Lynn Boyce aka Amber L. Boyce, aka Amber L Boyce, aka Amber Raifsnider<br>Debtor(s) | BK NO. 24-01356 MJC<br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
26 Nov 2024, 12:48:58, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322