United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01356-MJC |
| Amber Lynn Boyce | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-4  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 21, 2025  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5663305 | + Email/Text: bncnotifications@pheaa.org | Jan 21 2025 19:16:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

**Name**                    **Email Address**

Brent J Lemon
                            on behalf of Creditor M&T BANK blemon@kmllawgroup.com

Elizabeth L. Slaby
                            on behalf of Creditor First Commonwealth Bank bslaby@lenderlaw.com

Erik Mark Helbing
                            on behalf of Debtor 1 Amber Lynn Boyce ehelbing@helbingconsumerlaw.com
                            bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com

Gregory Benjamin Schiller
                            on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos

United States Trustee
TWecf@pamd13trustee.com
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:24-bk-01356-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Amber Lynn Boyce
829 Country Club Drive
Williamsport PA 17701

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/17/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: PHEAA, PO Box 8147, Harrisburg, PA 17105 | Educational Credit Management Corporation<br>PO BOX 16408<br>ST. PAUL<br>MN 55116-0408<br>Educational Credit Management Corporatio<br>PO BOX 16408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/23/25

Terrence S. Miller
**CLERK OF THE COURT**