UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: AMBER LYNN BOYCE
AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

                 Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                 Movant

vs.                                         CASE NO: 4-24-01356-MJC
AMBER LYNN BOYCE
AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

                 Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 13, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captionedcase in accordance with 11 U.S.C. Section 1307(c).

Dated:    June 13, 2025                    Respectfully submitted,

                                                    /s/    Agatha R. McHale, Esquire
                                                    ID: 47613
                                                    Attorney for Trustee
                                                    Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   email: amchale@pamd13trustee.com

Case 4:24-bk-01356-MJC   Doc 58   Filed 06/13/25   Entered 06/13/25 11:40:18   Desc
Page 1 of 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: AMBER LYNN BOYCE
AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

                Debtor(s)         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant
vs.                                     CASE NO: 4-24-01356-MJC
AMBER LYNN BOYCE
AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    July 10, 2025
Time:   10:00 AM
         U.S. Bankruptcy Court
         Max Rosenn U.S. Courthouse
         197 S. Main Street
         Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2012.00**
     **AMOUNT DUE FOR THIS MONTH: $578.00**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2590.00**

    **NOTE:**
    **ALL** payments must be made by **CERTIFIED CHECK, MONEY ORDER** or through **TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**

CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: June 13, 2025

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  AMBER LYNN BOYCE
        AMBER L. BOYCE, AMBER L
        BOYCE, AMBER RAIFSNIDER

                Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant
vs.                                          CASE NO: 4-24-01356-MJC
AMBER LYNN BOYCE
AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 13, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

ERIK MARK HELBING
BOWE & ODORIZZI LAW
109 WEST BROAD STREET
TAMAQUA PA  18252-1916

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

AMBER LYNN BOYCE
829 COUNTRY CLUB DRIVE
WILLIAMSPORT  PA  17701-

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 13, 2025                            /s/  Tammy Life
                                                    Office of the Standing Chapter 13 Trustee
                                                    Jack N. Zaharopoulos
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: AMBER LYNN BOYCE
AKA: AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-24-01356-MJC

vs.

AMBER LYNN BOYCE
AKA: AMBER L. BOYCE, AMBER L
BOYCE, AMBER RAIFSNIDER

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.