United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01356-MJC |
| Amber Lynn Boyce | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 06, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Attention Payroll Department, First Coast Service Options Inc, 4800 Deerwood Campus Parkway, Jacksonville, FL 32246-6498 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Slaby
     on behalf of Creditor First Commonwealth Bank bslaby@bdblaw.com

Erik Mark Helbing
     on behalf of Debtor 1 Amber Lynn Boyce ehelbing@helbingconsumerlaw.com
     bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com

Gregory Benjamin Schiller
     on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: AMBER LYNN BOYCE          Chapter 13

                Debtor          Case No.: 4:24-bk-01356-MJC

Amber Lynn Boyce,
                Movant

v.

First Coast Service Options, Inc.,
                Respondent

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby ORDERED that until further Order of this Court:

           Attention Payroll Department
           First Coast Service Options, Inc.,
           4800 Deerwood Campus Parkway
           Jacksonville FL 32246

Shall deduct from said Debtor's income the total sum of **$311.54** from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order dan deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per bi-weekly paycheck | Memo Line Text |
|---|---|---|
| Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>P.O. Box 6008<br>Memphis, TN 38101-6008 | $311.54 | 4:24-bk-01356-MJC |

IT IS FURTHER ORDERED that checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This order shall be binding upon any successor in interest to Respondent. Respondent shall change or discontinue the aforementioned deductions (including the identity of any payee) upon written certification from the trustee or the debtor's counsel that such a change or discontinuation, as applicable, is required. Respondent shall not charge any fee to debtor in connection with Respondent's compliance with this order.

           By the Court,

           _____
           Mark J. Conway, Bankruptcy Judge
           Dated: August 6, 2025