United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Amber Lynn Boyce  
    Debtor

Case No. 24-01356-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 27, 2025     Form ID: pdf010     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amber Lynn Boyce, 829 Country Club Drive, Williamsport, PA 17701-4060 |
| 5621057 | + | Bryce Raifsnider, 829 Country Club Drive, Williamsport, PA 17701-4060 |
| 5621054 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5621067 | + | Geisinger, P.O. Box 983154, Boston, MA 02298-3154 |
| 5621071 | + | M&T Bank, PO Box 62986, Baltimore, MD 21264-2986 |
| 5621074 | + | Susquehanna Imaging Associates, Inc, PO Box 4238, Portsmouth, NH 03802-4238 |
| 5621076 | + | UPMC Rehab, 1205 Grampian Blvd, Williamsport, PA 17701-1978 |
| 5621077 | + | UPMC Susquehanna Rehab, PO Box 382059, Pittsburgh, PA 15250-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2025 18:41:00 | ECMC, P. O. Box 16408, St. Paul, MN 55116-0408 |
| 5621055 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2025 18:41:00 | AES, POB 61047, Harrisburg, PA 17106-1047 |
| 5680471 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 27 2025 18:53:34 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 5621056 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2025 18:41:00 | BARCLAYS, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5621058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 18:53:34 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5621059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 18:53:35 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5621060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2025 18:41:00 | COMENITY BANK/VS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5664933 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 18:53:29 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5674620 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 18:53:30 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5621061 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 27 2025 18:53:29 | Dept of ED, PO BOX 300001, Greenville , TX 75403-3001 |
| 5662656 | | Email/Text: mrdiscen@discover.com | Oct 27 2025 18:41:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5621062 | + | Email/Text: mrdiscen@discover.com | Oct 27 2025 18:41:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5621064 | + | Email/Text: mrdiscen@discover.com | Oct 27 2025 18:41:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5663287 | + | Email/Text: dplbk@discover.com | Oct 27 2025 18:41:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5682771 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2025 18:41:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408, Educational Credit Management Corporatio, PO BOX 55116-0408 |
| 5682770 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2025 18:41:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5621066 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 27 2025 18:41:00 | First Mark, 121 South 13th St, Lincoln, NE 68508 |
| 5662536 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 27 2025 18:41:00 | Firstmark Service Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5621065 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 27 2025 18:41:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 5662464 | ^ | MEBN | Oct 27 2025 18:56:00 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1340, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 5621068 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2025 18:41:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5621069 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2025 18:53:25 | JPMCB Card Service, PO Box 15369, Willimington, DE 19850-5369 |
| 5621070 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2025 18:53:30 | JPMCB Card Services, PO Box 15369, Willimington, DE 19850-5369 |
| 5669133 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2025 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5679735 | + | Email/Text: jilldurkinesq@gmail.com | Oct 27 2025 18:41:00 | Jill E Durkin, Chapter 7 Trustee, Durkin Law, LLC, 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| 5673016 | | Email/Text: camanagement@mtb.com | Oct 27 2025 18:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5621072 | | Email/Text: camanagement@mtb.com | Oct 27 2025 18:41:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 5674423 | | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 27 2025 18:53:24 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5621073 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 27 2025 18:53:33 | NAVIENT, PO BOX 9655, Wilkes Barre, PA 18773-9655 |
| 5663305 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2025 18:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5666787 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 18:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5621075 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 27 2025 18:41:00 | UPMC, 2 Hotmetal St Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 5621078 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 28 2025 01:56:29 | Wells Fargo, PO Box 393, Minneapolis, MN 55480-0393 |
| 5668064 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 28 2025 01:45:47 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1340, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 5621063 | *+ | Discover Bank, PO Box 30939, Salt Lake City , UT 84130-0939 |
| 5682774 | *+ | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408, Educational Credit Management Corporatio, PO BOX 55116-0408 |
| 5682778 | *+ | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408, Educational Credit Management Corporatio, PO BOX 55116-0408 |
| 5682773 | * | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5682777 | * | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5669134 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor First Commonwealth Bank bslaby@bdblaw.com |
| Erik Mark Helbing | on behalf of Debtor 1 Amber Lynn Boyce ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Amber Lynn Boyce<br>aka Amber L. Boyce<br>aka Amber L Boyce<br>aka Amber Raifsnider<br>Debtor 1 | Chapter: | 13 |
| | Case No.: | 4:24-bk-01356-MJC |
| Jack N Zaharopoulos, Chapter 13 Trustee<br>Movant(s)<br>vs.<br>Amber Lynn Boyce,<br>aka Amber L Boyce,<br>Amber L Boyce,<br>Amber Raifsnider<br>Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 74, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 26, 2025